```
IN THE UNITED STATES DISTRICT COURT FOR THE
         SOUTHERN DISTRICT OF GEORGIA
               SAVANNAH DIVISION
```

| | | |
|---|---|---|
| SYLVESTER MOORE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 414-237 |
| | * | |
| PNC BANK, NATIONAL ASSOCIATION; | * | |
| McCURDY & CANDLER, LLC; NELSON | * | |
| MULLINS & SCARBOROUGH, LLP; | * | |
| GREGORY M. TAUPE; and DOES 1-10, | * | |
| | * | |
| Defendants. | * | |

## O R D E R

Presently before the Court is Plaintiff Sylvester Moore's Notice of Acceptance (Doc. 51), which he filed in response to this Court's June 2, 2015 Order (Doc. 50) that imposed a condition pursuant to Federal Rule of Civil Procedure 41(a)(2) on the dismissal of his claims against Defendants PNC Bank, National Association ("PNC"), Gregory M. Taube, and Nelson Mullins Riley & Scarborough, LLP ("Nelson Mullins") *without* prejudice. Mr. Moore represents that he "agrees to the curative conditions outlined in the court's ORDER" and "consents to the court dismissing the case without prejudice." (Doc. 51.) With the necessary consent, the Court hereby **DISMISSES WITHOUT PREJUDICE** all of Mr. Moore's claims against the remaining Defendants — PNC, Gregory M. Taube, and Nelson Mullins — and reiterates the following:

> **Mr. Moore SHALL pay all costs associated with this action — which may include PNC's, Gregory A. Taube's, and Nelson Mullins' reasonable attorney's fees — if he chooses to refile his claims against any of these Defendants at a later date.**

(See Doc. 50 at 4.)  The Clerk **SHALL TERMINATE** all motions that remain pending in this matter (Docs. 9, 10, 19, 31, 32 & 43) and **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of June, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2